UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Courtney Bobo, et al v. Bayer*            No. 11-cv-11205-DRH
*HealthCare Pharmaceuticals Inc., et al.*

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2013 (Doc. 9) and March 9, 2014 (Doc. 10), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
        **Deputy Clerk**

**Dated:** March 11, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.11
15:26:30 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**